| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | **PACTS** 1868412 | **DATE** 06/09/2023 |
|---|---|---|---|---|
| **NAME** TACKETT, Robert Jesse | **OFFICER** Matthew A. Romeo | | **JUDGE** Thomas L. Ludington | **DOCKET #** 15-CR-20659-01 |

| **ORIGINAL SENTENCE DATE** 05/09/2016 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 30 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 12/18/2020 | | | | |
| **EXPIRATION** 12/17/2025 | | | | |

**REPORT PURPOSE**

**REQUEST TO MODIFY CONDITIONS**

**RECOMMENDATION**

**MODIFICATION**

**ORIGINAL OFFENSE**
Count 2: 18 U.S.C. § 2252A(a)(2), Receipt of Child Pornography

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 65 months, to be followed by a five-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. 16901, et seq.) as directed by the probation officer, the United States Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.
2. The defendant shall successfully complete any sex offender diagnostic evaluations, treatment or counseling programs, as directed by the probation officer. Reports pertaining to sex offender assessments and treatment shall be provided to the probation officer. Based on the defendant's ability to pay, the defendant shall pay the cost of diagnostic evaluations, treatment or counseling programs in an amount determined by the probation officer.
3. The defendant shall be required to submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure compliance with the requirements of supervision or treatment. No violation proceedings will arise solely on the results of a polygraph examination. Based on the defendant's ability to pay, the defendant shall pay the cost of the polygraph examination in an amount determined by the probation officer.
4. The defendant shall not associate with minor children under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offense, without prior approval of the probation officer. The defendant may have unsupervised contact with his own children at the discretion of the probation officer. The defendant shall not frequent places where children congregate

| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH<br>THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>1868412 | DATE<br>06/09/2023 |
|---|---|---|---|---|
| **NAME**<br>TACKETT, Robert Jesse | **OFFICER**<br>Matthew A. Romeo | **JUDGE**<br>Thomas L. Ludington | **DOCKET #**<br>15-CR-20659-01 | |

      on a regular basis (such as but not limited to school grounds, playgrounds, child toy stores, video arcades, etc.).

5. The defendant shall participate in the Computer/Internet Monitoring Program (CIMP) administered by the United States Probation Department. The defendant shall abide by the Computer/Internet Monitoring Program Participant Agreement in effect at the time of supervision and comply with any amendments to the program during the term of supervision. Due to the advances in technology, the Court will adopt the amendments to the Computer/Internet Monitoring Program as necessary. For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall submit his/her person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at a reasonable time and manner. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.).

6. The defendant shall notify anyone they date or marry with a minor child under the age of eighteen (18) of their conviction.

7. The defendant shall not purchase, sell, view, or possess images, in any form of media or live venue that depict pornography, sexually explicit conduct, child erotica, or child nudity. The defendant shall not patronize any place where such material or entertainment is available.

      Criminal Monetary Penalty: Special Assessment $100.00 (paid).

## PETITIONING THE COURT

To modify the condition(s) of supervised release as follows:

On May 31, 2023, TACKETT signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, to include,

**ADD:**

**"The defendant shall participate in the Location Monitoring Program using Global Positioning System (GPS) for 60 consecutive days and abide by all the requirements of the program. The defendant is restricted to his residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as approved in advance by the probation officer. The Court waives the costs of the program based upon his inability to pay."**

## CAUSE

Prior to a maintenance polygraph examination on May 24, 2023, TACKETT admitted to viewing child pornography on an unapproved cell phone earlier in the month. TACKETT went on to explain he was experiencing ongoing depression over the death of his father, losing his job, being evicted from his apartment, and financial instability. TACKETT noted he found a phone while cleaning his father's room and used it to view pornography to cope with his stress. TACKETT advised he discarded the phone in a dumpster the following day and expressed

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 1868412 | DATE 06/09/2023 |
|---|---|---|---|---|
| **NAME** TACKETT, Robert Jesse | **OFFICER** Matthew A. Romeo | **JUDGE** Thomas L. Ludington | **DOCKET #** 15-CR-20659-01 | |

strong remorse over his actions. TACKETT denied using the phone to communicate directly with minors and his polygraph examination corroborated this claim.

Aside from this incident, TACKETT has otherwise complied with the conditions of his supervision. In response to this admission, he has been referred to mental health treatment to address his ongoing depression and scheduled for a psychiatric evaluation. TACKETT has also been placed back in sex offender treatment to process his unhealthy thoughts and behaviors. For purposes of a sanction, the probation department believes temporarily restricting TACKETT's movement through use of location monitoring device is appropriate. This sanction will serve as a deterrent for future noncompliance, while also affording TACKETT the opportunity to actively participate in treatment.

As noted above, TACKETT signed the Probation Form 49 on May 31, 2023. He has been advised of his right to counsel in this matter and has agreed to waive this right by signing the attached waiver of hearing form. This writer also contacted Roy Kranz of the United States Attorney's Office, who advised he was in support of this modification.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on June 9, 2023, revealed no new criminal activity. TACKETT is currently categorized as a high risk for recidivism, according to the Post Conviction Risk Assessment (PCRA). His dynamic risk factors include social networks and education/employment.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| **PROBATION OFFICER** s/Matthew A. Romeo/mt 989-894-8829 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313-234-5272 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]  Modification as Noted Above

[  ]  Other

| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>1868412 | DATE<br>06/09/2023 |
|---|---|---|---|---|
| **NAME**<br>TACKETT, Robert Jesse | **OFFICER**<br>Matthew A. Romeo | **JUDGE**<br>Thomas L. Ludington | **DOCKET #**<br>15-CR-20659-01 | |

s/Thomas L. Ludington
United States District Judge

6/13/2023
Date